# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:                                        Case No. 17-57422

MICHAEL WALKER, III,                          Chapter 7

　　　　　　　Debtor.                          Judge Thomas J. Tucker

_____/

AUTO CLUB INSURANCE ASSOCIATION,

　　　　　　　Plaintiff,

v.                                            Adv. Pro. No. 18-4137

MICHAEL WALKER, III,

　　　　　　　Defendant.

_____/

**ORDER DISMISSING ADVERSARY PROCEEDING**

On March 22, 2018, Plaintiff Auto Club Insurance Association filed a complaint against

Defendant Michael Walker, III, commencing this adversary proceeding.  But Plaintiff failed to

file a Corporate Ownership Statement, as is required by Fed. R. Bankr. P. 7007.1.[1]  The Clerk

---

[1]  Fed. R. Bankr. P. 7007.1 provides:

　　(a) Required disclosure

　　Any corporation that is a party to an adversary proceeding, other than the
　　debtor or a governmental unit, shall file two copies of a statement that
　　identifies any corporation, other than a governmental unit, that directly
　　or indirectly owns 10% or more of any class of the corporation's equity
　　interests, or states that there are no entities to report under this
　　subdivision.

　　(b) Time for Filing

　　A party shall file the statement required under Rule 7007.1(a) with its
　　first appearance, pleading, motion, response, or other request addressed
　　to the court. A party shall file a supplemental statement promptly upon

issued a deficiency notice on March 30, 2018 (Docket # 4), requiring that this deficiency be corrected within 7 days (*i.e.*, no later than April 6, 2018). The deficiency still has not been corrected. For these reasons,

IT IS ORDERED that this adversary proceeding is dismissed.


**Signed on April 10, 2018**



/s/ **Thomas J. Tucker**
_____
**Thomas J. Tucker**
**United States Bankruptcy Judge**

---

any change in circumstances that this rule requires the party to identify or disclose.